IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:18cr65

DAMONE ALEXANDER,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND STATEMENTS (DOC. #24)

---

Defendant has filed a motion, seeking an order of the Court suppressing any and all statements and evidence in the captioned cause (Doc. #24). An oral and evidentiary hearing was held on the aforesaid motion, over two days, to wit: November 6 and November 30, 2018.

Pursuant to the reasoning and citations of authority set forth in the Government's memorandum in opposition to Defendant's motion to suppress statements and evidence (Doc. #32), as well as upon a thorough review of the transcripts of the oral and evidentiary hearing referenced above and, further, based upon a thorough review of the applicable law, this Court OVERRULES said motion in its entirety.

A telephone conference call will be arranged by this Court's Courtroom Deputy, at a date and time during the week of March 4, 2018.

March 4, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record